UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. U.S. DISTRICT COURT |
| | ) |
| | ) 2022 OCT -5 ₽ 3: 15 |
| v. | ) 21 U.S.C. § 846 |
| | ) Conspiracy to Possess With *C.Q.sdell* |
| DANIEL MORALES-JIMENEZ, | ) Intent to Distribute and to |
| a/k/a "Danny Hill," | ) Distribute Controlled Substances |
| PEDRO CASTRO-VASQUEZ, | ) |
| a/k/a "Chipo," | ) 21 U.S.C. § 841(a)(1) |
| SONIC TORRES-GARCIA, | ) Distribution of Controlled |
| KRISTINE ALBRIGHT-RAMOS, | ) Substances |
| ALEXYS RIVERA-CUEVAS, | ) |
| DANIEL ROBLES-MUÑIZ, | ) 21 U.S.C. § 841(a)(1) |
| PAOLA MORALES ROSARIO, | ) Possession With Intent to |
| CLARENCE BESS, | ) Distribute Controlled Substances |
| a/k/a "CASH," | ) |
| LAVERNE PULLINS, JR., | ) 21 U.S.C. § 856(a)(1) |
| DEMARR CLAYTON LEE, | ) Maintaining Drug-Involved |
| TONY DESHAWN SLATER, | ) Premises |
| DOMANEK LAQUAN MINCEY, | ) |
| ANTHONY CRAIG JOHNSON, | ) 18 U.S.C. § 2 |
| a/k/a "POOKIE," | ) Aiding and Abetting |
| ANDRE DELERRAIN ANDERSON, | ) |
| PHILLIP DWAYNE WALDEN, | ) 18 U.S.C. § 922(g)(1) |
| COREY ONTAVIOUS HENDRIX, | ) Possession of a Firearm by a |
| ENRIQUE HUMBRA DENSON SR., | ) Prohibited Person |
| ENRIQUE HUMBRA DENSON JR., | ) |
| KEVIN DERRELL PONDER, | ) 18 U.S.C. § 924(c) |
| TERRAN HARVEL TIGNER, | ) Using and Carrying a Firearm |
| TROY SINCLAIR TIGNER, | ) During and in Relation to a Drug |
| NICHOLAS RASHON FILLMORE, | ) Trafficking Crime |
| MARQUESE SHAVEL PALMER, | ) |
| MICHAEL LYNN JINKS, | ) |
| TONY ANTHONY WARREN, | ) |
| LANCE BOYETTE FORD, | ) |
| HEATHER ELAINE BARBEE | ) |
| SEAN CHRISTOPHER BROWN, | ) FILED UNDER SEAL |
| JARVIS CHARLES HAGAN, | ) |
| KENNETH BACON HALL, | ) |
| CALEB EARL RIGGS, | ) |
| GERALD WALTER DASHER II | ) CR422-010 |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Conspiracy to Possess With Intent to Distribute and*
*to Distribute Controlled Substances (Cocaine, Methamphetamine, Cocaine Base,*
*Hydrocodone, Oxycodone and Marijuana)*
21 U.S.C. § 846

Beginning on a date at least as early as January 2016, up to and including the return date of this indictment, the precise dates being unknown, in Bulloch, Burke, Candler, Effingham, Evans, Liberty, Richmond, Tattnall, Counties, within the Southern District of Georgia, and elsewhere, the defendants,

**DANIEL MORALES-JIMENEZ,**
**a/k/a "Danny Hill,"**
**PEDRO CASTRO-VASQUEZ,**
**a/k/a "Chipo,"**
**SONIC TORRES-GARCIA,**
**KRISTINE ALBRIGHT-RAMOS,**
**ALEXYS RIVERA-CUEVAS,**
**DANIEL ROBLES-MUÑIZ,**
**PAOLA MORALES ROSARIO,**
**CLARENCE BESS,**
**a/k/a "CASH,"**
**LAVERNE PULLINS, JR.,**
**DEMARR CLAYTON LEE,**
**TONY DESHAWN SLATER,**
**DOMANEK LAQUAN MINCEY,**
**ANTHONY CRAIG JOHNSON,**
**a/k/a "POOKIE,"**
**ANDRE DELERRAIN ANDERSON,**
**PHILLIP DWAYNE WALDEN,**
**COREY ONTAVIOUS HENDRIX,**
**ENRIQUE HUMBRA DENSON SR.,**
**ENRIQUE HUMBRA DENSON JR.,**
**KEVIN DERRELL PONDER,**
**TERRAN HARVEL TIGNER,**
**TROY SINCLAIR TIGNER,**
**NICHOLAS RASHON FILLMORE,**
**MARQUESE SHAVEL PALMER,**
**MICHAEL LYNN JINKS,**

**TONY ANTHONY WARREN,**
**LANCE BOYETTE FORD,**
**HEATHER ELAINE BARBEE**
**SEAN CHRISTOPHER BROWN,**
**JARVIS CHARLES HAGAN,**
**KENNETH BACON HALL,**
**CALEB EARL RIGGS,**
**GERALD WALTER DASHER II,**

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; 50 grams or more of methamphetamine (actual), a Schedule II controlled substance; 28 grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance; hydrocodone, a Schedule II controlled substance, oxycodone, a Schedule II controlled substance; and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT TWO
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about January 4, 2019, in Evans County, within the Southern District of Georgia, the defendant,

## TONY DESHAWN SLATER,
## ANDRE DELERRAIN ANDERSON,

aided and abetted with each other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about January 16, 2019, in Evans County, within the Southern District of Georgia, the defendant,

**TONY DESHAWN SLATER,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>**COUNT FOUR**</u>
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about August 6, 2019, in Evans County, within the Southern District of Georgia, the defendant,

**KEVIN DERRELL PONDER,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about August 14, 2019, in Evans County, within the Southern District of Georgia, the defendant, LS

### KEVIN DERRELL PONDER,

aided and abetted by another person unknown to the Grand Jury, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

7

## COUNT SIX
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about March 10, 2020, in Tattnall County, within the Southern District of Georgia, the defendant,

**DOMANEK LAQUAN MINCEY,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

8

## COUNT SEVEN
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about May 26, 2020, in Tattnall County, within the Southern District of Georgia, the defendant,

**DOMANEK LAQUAN MINCEY,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about July 9, 2020, in Tattnall County, within the Southern District of Georgia, the defendant,

### DOMANEK LAQUAN MINCEY,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about July 29, 2020, in Tattnall County, within the Southern District of Georgia, the defendant,

**TERRAN HARVEL TIGNER,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about July 31, 2020, in Tattnall County, within the Southern District of Georgia, the defendant,

## NICHOLAS RASHON FILLMORE,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT ELEVEN
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about August 10, 2020, in Tattnall County, within the Southern District of Georgia, the defendant,

**TROY SINCLAIR TIGNER,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

13

## COUNT TWELVE
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about August 20, 2020, in Tattnall County, within the Southern District of Georgia, the defendant,

**TROY SINCLAIR TIGNER,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about September 9, 2020, in Tattnall County, within the Southern District of Georgia, the defendant,

**TERRAN HARVEL TIGNER,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

15

## COUNT FOURTEEN
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about September 10, 2020, in Tattnall County, within the Southern District of Georgia, the defendant,

## MICHAEL LYNN JINKS,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIFTEEN
*Distribution of Controlled Substances (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about September 10, 2020, in Evans County, within the Southern District of Georgia, the defendant,

## TONY DESHAWN SLATER,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIXTEEN
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about September 15, 2020, in Tattnall County, within the Southern District of Georgia, the defendant,

### MICHAEL LYNN JINKS,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVENTEEN
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about September 16, 2020, in Tattnall County, within the Southern District of Georgia, the defendant,

### MICHAEL LYNN JINKS,

aided and abetted by another person unknown to the Grand Jury, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT EIGHTEEN
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about October 19, 2020, in Evans County, within the Southern District of Georgia, the defendant,

## KEVIN DERRELL PONDER,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINETEEN
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about January 7, 2021, in Tattnall County, within the Southern District of Georgia, the defendant,

**LANCE BOYETTE FORD,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about January 17, 2021, in Tattnall County, within the Southern District of Georgia, the defendant,

## LANCE BOYETTE FORD,

aided and abetted by another person unknown to the Grand Jury, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

22

## COUNT TWENTY-ONE
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about January 27, 2021, in Tattnall County, within the Southern District of Georgia, the defendant,

**DOMANEK LAQUAN MINCEY,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-TWO
*Distribution of a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about April 27, 2021, in Evans County, within the Southern District of Georgia, the defendant,

## COREY ONTAVIOUS HENDRIX,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

24

## COUNT TWENTY-THREE
*Distribution of a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about April 28, 2021, in Evans County, within the Southern District of Georgia, the defendant,

### COREY ONTAVIOUS HENDRIX,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-FOUR
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about June 3, 2021, in Evans County, within the Southern District of Georgia, the defendant,

### ANTHONY CRAIG JOHNSON,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-FIVE
*Distribution of a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about June 17, 2021, in Evans County, within the Southern District of Georgia, the defendant,

**COREY ONTAVIOUS HENDRIX,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-SIX
*Distribution of a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about June 23, 2021, in Bulloch County, within the Southern District of

Georgia, the defendant,

### ENRIQUE HUMBRA DENSON, JR.,

did knowingly and intentionally distribute 5 grams or more of methamphetamine

(actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-SEVEN
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about July 14, 2021, in Tattnall County, within the Southern District of Georgia, the defendant,

### TONY ANTHONY WARREN,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: Jimenez Model JA .380 caliber pistol, which had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## <u>COUNT TWENTY-EIGHT</u>
*Possession with Intent to Distribute of a Controlled Substance (Marijuana)*
21 U.S.C. § 841(a)(1)

On or about August 13, 2021, in Evans County, within the Southern District of Georgia, the defendant,

### MARQUESE SHAVEL PALMER,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-NINE
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about August 13, 2021, in Evans County, within the Southern District of Georgia, the defendant,

## MARQUESE SHAVEL PALMER,

did knowingly possess a firearm in furtherance of at least one drug trafficking crime for which they may be prosecuted in a court of the United States, to wit, Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances,in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment, and Possession with Intent to Distribute, in violation of Title 21, United States Code, Section 841, as charged in Count 28.

All in violation of Title 18, United States Code, Section 924(c).

**COUNT THIRTY**
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 13, 2021, in Evans County, within the Southern District of Georgia, the defendant,

**MARQUESE SHAVEL PALMER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearm, to wit: Sig Sauer handgun which had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THIRTY-ONE
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about August 17, 2021, in Evans County, within the Southern District of Georgia, the defendant,

### ENRIQUE HUMBRA DENSON, SR.,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THRITY-TWO

*Possession with Intent to Distribute a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about September 3, 2021, in Evans County, within the Southern District of Georgia, the defendant,

**ANDRE ANDERSON,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

34

## COUNT THIRTY-THREE
*Distribution of a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about September 13, 2021, in Bulloch County, within the Southern District of Georgia, the defendant,

## ENRIQUE HUMBRA DENSON, JR.,

did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTY-FOUR
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about September 15, 2021, in Bulloch County, within the Southern

District of Georgia, the defendant,

## ENRIQUE HUMBRA DENSON, JR.,

did knowingly and intentionally a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTY-FIVE
*Possession with Intent to Distribute a Controlled Substance (Marijuana)*
21 U.S.C. § 841(a)(1)

On or about September 30, 2021, in Liberty County, within the Southern District of Georgia, the defendant,

### SEAN CHRISTOPHER BROWN,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTY-SIX
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about November 15, 2021, in Evans County, within the Southern District of Georgia, the defendant,

## ANTHONY CRAIG JOHNSON,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

,

## COUNT THIRTY-SEVEN
*Possession with Intent to Distribute Controlled Substances (Methamphetamine, Cocaine, Marijuana)*
21 U.S.C. § 841(a)(1)

On or about November 19, 2021, in Evans County, within the Southern District of Georgia, the defendants,

**ANTHONY CRAIG JOHNSON,**
**TONY DESHAWN SLATER,**

aided and abetted by each other, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THIRTY-EIGHT
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about November 19, 2021, in Evans County, within the Southern District of Georgia, the defendants,

**ANTHONY CRAIG JOHNSON,**
**TONY DESHAWN SLATER,**

aided and abetted by each other, did knowingly possess a firearm in furtherance of at least one drug trafficking crime for which they may be prosecuted in a court of the United States, to wit, Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment, and Possession with Intent to Distribute, in violation of Title 21, United States Code, Section 841, as charged in Count 37.

All in violation of Title 18, United States Code, Section 924(c) and Title 18, United States Code, Section 2.

40

## COUNT THIRTY-NINE
### *Maintaining Drug-Involved Premises*
21 U.S.C. § 856(a)(1)

Beginning on a date at least as early as June 2018, up to and including the return date of this indictment, the precise dates being unknown, in Evans County, within the Southern District of Georgia, the defendants,

### TONY DESHAWN SLATER,
### ANTHONY CRAIG JOHNSON,

aided and abetted by each other and others unknown, did lease, rent, use, and maintain a place located at 145 Moody Lane, Claxton, Georgia, for the purpose of distributing cocaine, a Schedule II controlled substance, cocaine base ("crack"), a Schedule II controlled substance; methamphetamine, a Schedule II controlled substance; and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

41

## COUNT FORTY
*Possession with Intent to Distribute Controlled Substances (Cocaine, Hydrocodone, Oxycodone)*
21 U.S.C. § 841(a)(1)

On or about March 5, 2022, in Liberty County, within the Southern District of Georgia, the defendant,

### KENNETH BACON HALL,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and hydrocodone and oxycodone, Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 841(a)(1).

42

## COUNT FORTY-ONE
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about February 7, 2022, in Bulloch County, within the Southern District of Georgia, the defendant,

### TONY DESHAWN SLATER,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>**COUNT FORTY-TWO**</u>
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about February 11, 2022, in Bulloch County, within the Southern District of Georgia, the defendant,

**TONY DESHAWN SLATER,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FORTY-THREE
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about February 21, 2022, in Bulloch County, within the Southern District of Georgia, the defendant,

### TONY DESHAWN SLATER,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FORTY-FOUR
*Possession with Intent to Distribute Controlled Substances (Cocaine, Marijuana)*
21 U.S.C. § 841(a)(1)

On or about February 24, 2022, in Bulloch County, within the Southern District of Georgia, the defendant,

## TONY DESHAWN SLATER,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

46

## COUNT FORTY-FIVE
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about February 24, 2022, in Bulloch County, within the Southern District of Georgia, the defendant,

## TONY DESHAWN SLATER,

did knowingly possess a firearm in furtherance of at least one drug trafficking crime for which they may be prosecuted in a court of the United States, to wit, Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment and Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 841, as charged in Count 44 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FORTY-SIX
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about February 24, 2022, in Bulloch County, within the Southern District of Georgia, the defendant,

### TONY DESHAWN SLATER,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit:

- Smith & Wesson, .40 caliber pistol;

- Ruger Model LCR, .38 caliber revolver;

all which had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FORTY-SEVEN
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about May 10, 2022, in Evans County, within the Southern District of Georgia, the defendant,

## ENRIQUE HUMBRA DENSON, SR.,

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FORTY-EIGHT
*Possession with Intent to Distribute Controlled Substances (Cocaine Base, Cocaine)*
21 U.S.C. § 841(a)(1)

On or about May 18, 2022, in Bulloch County, within the Southern District of Georgia, the defendant,

## JARVIS CHARLES HAGAN,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine and a mixture or substance containing a detectable amount of cocaine base, both Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FORTY-NINE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about June 30, 2022, in Evans County, within the Southern District of Georgia, the defendant,

### CALEB EARL RIGGS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Taurus Model G2C 9mm pistol, which had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATIONS**
**(18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, 28 U.S.C. § 2461(c))**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(a), and Title 28, United States Code, Section 2461(c).  Upon conviction of one or more of the offenses in violation of Title 21 or Title 18, United States Code set forth in this Indictment, Defendants,

**TONY DESHAWN SLATER,**
**ANTHONY CRAIG JOHNSON,**
**a/k/a "POOKIE,"**
**MARQUESE SHAVEL PALMER,**
**TONY ANTHONY WARREN,**
**CALEB EARL RIGGS,**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, or shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition used in connection to the offense, including but not limited to:

- 145 Moody Lane, Claxton, Georgia
- Jimenez Model JA .380 caliber pistol
- Sig Sauer handgun
- Smith & Wesson, .40 caliber pistol
-  Ruger Model LCR, .38 caliber revolver
- Taurus Model G2C 9mm pistol

If any of the property described above, as a result of any act or commission of the defendant:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property that cannot be divided
        without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

FOREPERSON

David H. Estes
United States Attorney

Patricia Rhodes
Assistant United States Attorney
Chief, Criminal Division

Marcela C. Mateo
Assistant United States Attorney
*Lead Counsel

Frank M. Pennington II
Assistant United States Attorney
*Co-counsel

53